# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0316
LT Case No. 162018CF5208

_____

GEROD L. STUDEMIRE,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Gerod L. Studemire, Arcadia, pro se.

Ashley Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.


March 12, 2024


PER CURIAM.

   AFFIRMED.


EISNAUGLE, KILBANE, AND MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____